## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In The Matter Of:   In Bankruptcy:

STEPHEN K COLLIAS   Case No. 08-63947-MBM
                    Chapter 7
                    Hon. MARCI B. McIVOR

           Debtor(s)
_____/

### NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

    The attached check in the amount of $5.77 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| City of Detroit<br>Parking Violations Bureau<br>PO Box 2549<br>Detroit, MI 48231-2549 | 3 | $1.07 |
| Red Run Golf Club Corporation<br>c/o Mark C. Modras<br>905 Norwich<br>Troy, MI 48084 | 5 | $4.70 |

                                          **Total: $5.77**

                                          Respectfully Submitted,

                                          /s/ Gene R. Kohut
                                          21 Kercheval Avenue, Suite 285
                                          Grosse Pointe Farms, MI 48236
                                          Phone: (313) 886-9765
                                          E-mail: ecftrustee@gktrustee.com

Dated: 11/30/2010                               [P47413]